Christopher J. Lee, Niro, Haller & Niro, of Chicago, IL, argued for plaintiffs-appellants. With him on the brief were Richard B. Megley, Robert A. Conley and Christopher W. Niro.

Harry C. Marcus, Locke Lord Bissell & Liddell, LLP, of New York, NY, argued for defendant-appellee. With him on the brief were Joseph A. Farco; and Matthee K. Blackburn, of San Francisco, CA. Of counsel on the brief were John S. Campbell and Carol A. Lewis White, W.L. Gore & Associates, Inc., of Newark, DE.

Before RADER, Chief Judge,
NEWMAN and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Phillip R. Kete, of Washington, DC, argued for petitioner.

Jane W. Vanneman, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Brian M. Simkin, Assistant Director.

Before RADER, Chief Judge,
NEWMAN and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Terri **WILLIAMS–CARTER,** Petitioner,

v.

**SOCIAL SECURITY
ADMINISTRATION,**
Respondent.

No. 2011–3025.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2012.

Eloy J. **HERNANDEZ,** Petitioner,

v.

**DEPARTMENT OF DEFENSE,**
Respondent.

No. 2011–3060.

United States Court of Appeals,
Federal Circuit.

Jan. 13, 2012.